IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-rj-00009-NONE-KLM

STUDENT LOAN MARKETING ASSOCIATION HEAL LOANS,

    Plaintiff,

v.

WILLIAM D. MCREYNOLDS,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Motion to Substitute the United States of America as Plaintiff** [Docket No. 3; Filed May 22, 2013] (the "Motion"). Exhibit 1 to the Motion establishes that on June 11, 1990, Plaintiff Student Loan Marketing Association Heal Loans was awarded a judgment against Defendant in the amount of $44,139.51. *Exhibit 1* [#3-1] at 1. As shown in Exhibit 2 to the Motion, on September 17, 1991, Sallie Mae Loan Servicing Center/Virginia assigned the judgment at issue in this matter to the United States of America. *Exhibit 2* [#3-2] at 2. However, the documents filed with the Court in support of the Motion fail to establish any connection between Plaintiff and Sallie Mae Loan Servicing Center/Virginia. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#3] is **DENIED without prejudice**.

    Dated:  May 24, 2013