IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-rj-00009-NONE-KLM

STUDENT LOAN MARKETING ASSOCIATION HEAL LOANS,

    Plaintiff,

v.

WILLIAM D. MCREYNOLDS,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Amended Motion to Substitute the United States of America as Plaintiff** [Docket No. 5; Filed May 31, 2013] (the "Motion"). Exhibit 1 to the Motion establishes that on June 11, 1990, Plaintiff Student Loan Marketing Association Heal Loans was awarded a judgment against Defendant in the amount of $44,139.51. *Exhibit 1* [#5-1] at 2. As shown in Exhibit 2 to the Motion, this debt was incurred by Defendant as a result of educational loans obtained through the Health Education Assistance Loan ("HEAL") Program. *Exhibit 2* [#5-2] at 2. Defendant's HEAL debt was initially owned to Chase Manhattan Bank, New Hyde Park, New York ("Chase"), *id.*, but Defendant's loan was sold by Chase to the Student Loan Marketing Association on or about September 30, 1987. *Exhibit 3* [#5-3] at 2. On September 17, 1991, Sallie Mae Loan Servicing Center/Virginia assigned the judgment at issue in this matter to the United States of America. *Exhibit 4* [#5-4] at 2.

    In the Motion, the United States claims that "Robin Zimmerman of Student Loan Marketing Association Heal Loans is in agreement with the substitution of USA in place of Student Loan Marketing Association Heal Loans by and through its Agent Sallie Mae, Inc." *Motion* [#5] at 2. While the documentary evidence provided by the United States does not draw a connection between Sallie Mae, Inc. and the Student Loan Marketing Association, the Court will take judicial notice of the fact that in 1972, Congress enacted 20 U.S.C. § 1087-2, which created the organization called Student Loan Marketing Association ("SLMA"). The SLM Holding Corporation later licensed the name "Sallie Mae" which was used to refer to the company as a whole. *See* U.S. Dept. of the Treasury, *Lessons Learned from the Privatization of Sallie Mae* (Draft Report), at 5 (March 2006). Accordingly,

1

IT IS HEREBY **ORDERED** that the Motion [#5] is **GRANTED**.

IT IS FURTHER **ORDERED** that the Clerk of the Court shall substitute the United States of America as Plaintiff in this matter.

Dated:  June 10, 2013